**Petition for Writ of Mandamus Denied and Memorandum Opinion filed September 10, 2015.**



In The

# Fourteenth Court of Appeals

NO. 14-15-00736-CV

### IN RE ZAHIR QUERISHI, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**315th District Court**
**Harris County, Texas**
**Trial Court Cause No. 86707**

## MEMORANDUM OPINION

On September 1, 2015, relator Zahir Querishi filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52. Relator has also filed a motion to suspend the copy and service requirements of Texas Rule of Appellate Procedure 9.3 and 9.5 and the appendix requirement of Texas Rule of Appellate Procedure 52.3(k).

In the petition for mandamus relief, relator asks this court to compel the Honorable Michael Schneider, presiding judge of the 315th District Court of Harris County, to rule on his *pro se* application for writ of habeas corpus. Relator additionally asks this court to inquire whether relator is represented by counsel.

In No.14-15-00476-CV; *In re Zahir Querishi*, relator filed a petition for writ of mandamus asking for the very same relief he seeks in this case. On August 13, 2015, this court issued a memorandum opinion denying that petition for writ of mandamus and finding that relator is represented by counsel. Because relator presents no facts or arguments that require this court to reconsider its memorandum opinion issued on August 13, 2015, we likewise deny relator's petition for writ of mandamus in this case.

Relator's motion to suspend the rules is denied as moot.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Donovan.